**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Marfus Tyrone CARTWRIGHT,
Defendant—Appellant.**

No. 01–50561.

D.C. No. CR–96–00290–ER–02.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 10, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Marfus Tyrone Cartwright appeals the district court's revocation of his supervised release, arising from his underlying conviction for conspiracy to distribute cocaine, possession with intent to distribute cocaine, and aiding and abetting.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Cartwright's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Cartwright did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the revocation of Cartwright's supervised release.

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

